IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-01020-AP**

**KEITH MICHAEL**,

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

       For Plaintiff:
       ELLIOT L. BLOODSWORTH
       Dawes and Harriss, P.C.
       572 E. Third Avenue
       Durango, CO   81301
       (970) 247-4411, ext. 22
       E-mail: elliot.bloodsworth@dawesandharriss.com

       For Defendant:
       THOMAS H. KRAUS
       Special Assistant United States Attorney
       1961 Stout Street, Suite 1001A
       Denver, Colorado 80294
       (303) 844-0017
       E-mail: tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:**   May 15, 2007

**B. Date Complaint Was Served on U.S. Attorney's Office:**   May 29, 2007

**C. Date Answer and Administrative Record Were Filed:**   July 27, 2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff, to the best of his knowledge, states that the administrative record is complete and accurate.

Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff does not intend to submit additional evidence.

Defendant does not intend to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.

Defendant, to the best of his knowledge, does not believe the case raises unusual claims or defenses.

## 7. OTHER MATTERS

None anticipated.

## 8. PROPOSED BRIEFING SCHEDULE

**A. Plaintiff's Opening Brief Due:**   September 24, 2007

     **B. Defendant's Response Brief Due:**   October 24, 2007

     **C. Plaintiff's Reply Brief (If Any) Due:**   November 8, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

     **A. Plaintiff's Statement:**   Plaintiff does not request oral argument.

     **B. Defendant's Statement:**   Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     A.    ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     B.    (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

     DATED this 21st day of August, 2007.

                                                          BY THE COURT:

                                                          *S/John L. Kane*
                                                          U.S. DISTRICT COURT JUDGE

APPROVED:

                              UNITED STATES ATTORNEY

| s/ Elliot L Bloodsworth | s/ Thomas H. Kraus |
|---|---|
| ELLIOT L. BLOODSWORTH | By: THOMAS H. KRAUS |
| Dawes And Harriss, P.C. | Special Assistant U.S. Attorney |
| 572 East Third Avenue | 1961 Stout St., Suite 1001A |
| Durango, CO 81301 | Denver, Colorado  80294 |
| (970) 247-4411, ext. 22 | (303) 844-0017 |
| elliot.bloodsworth@dawesandharriss.com | tom.kraus@ssa.gov |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |