IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-1020-AP**

**KEITH MICHAEL,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  Defendant's Unopposed Motion for Remand (doc. #14), filed November 5, 2007, is GRANTED.

  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

  Dated: November 5, 2007.

            BY THE COURT:

            *S/John L. Kane*
            JOHN L. KANE, SENIOR JUDGE
            UNITED STATES DISTRICT COURT