**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01020-AP

KEITH MICHAEL,

                         Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

                         Defendant.

_____

## ORDER
_____

       Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the

Equal Access to Justice Act (doc. #21), filed December 6, 2007,

       IT IS HEREBY ORDERED that the Motion is GRANTED.  Plaintiff is awarded EAJA

attorney fees in the amount of **$3,384.38**, to be made payable to Plaintiff, Keith Michael, and

mailed to counsel of record.

       DATED this 6th day of December, 2007.


                                 BY THE COURT:


                                 *S/John L. Kane*
                                 U.S. District Court Judge